# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.    CR NO: 1:17-CR-00164-007 LJO SKO

**MANUEL TEODORO AROS**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | MANUEL TEODORO AROS |
| Detained at | Santa Barbara SO Jail, CA |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: SEE ATTACHMENT "A" FOR LIST OF CHARGES
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ BRIAN K. DELANEY |
| Printed Name & Phone No: | BRIAN K. DELANEY (661) 489-6150 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Nov 20, 2017**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | Booking No: 1052242 / CID No: 0204276 | DOB: | |
| Facility Address: | 4436 Calle Real, Goleta, CA 93101 | Race: | |
| Facility Phone: | inmate reception center: 805-681-4715 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed _____

                (signature)

# ATTACHMENT A

## Charges re Manuel Teodoro Aros

21 U.S.C. §§846 & 841(A)(1) – Conspiracy To Distribute And Possess With Intent To Distribute Methamphetamine And Heroin [Count 1]

21 U.S.C. § 841(A)(1) Possession With Intent To Distribute Methamphetamine [Count 3]

21 U.S.C. §§ 853, 881(A), 881(A)(6) - Criminal Forfeiture