**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MANUEL TEODORO AROS**<br><br>Defendant. | CR NO: 1:17-CR-00164-007 LJO SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: MANUEL TEODORO AROS
Detained at: Wasco State Prison, CA
Detainee is:  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: SEE ATTACHMENT "A" FOR LIST OF CHARGES
or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ BRIAN K. DELANEY
Printed Name & Phone No: BRIAN K. DELANEY  (661) 489-6150
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **April 5, 2018**     /s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | CDCR# BF0567 | DOB: | |
| Facility Address: | 701 Scofield Avenue, Wasco, CA 93280 | Race: | |
| Facility Phone: | (661) 758-8400 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed _____          _____
(signature)

## ATTACHMENT A

## Charges re Manuel Teodoro Aros

21 U.S.C. §§846 & 841(A)(1) – Conspiracy To Distribute And Possess With Intent To Distribute Methamphetamine And Heroin [Count 1]

21 U.S.C. § 841(A)(1) Possession With Intent To Distribute Methamphetamine [Count 3]

21 U.S.C. §§ 853, 881(A), 881(A)(6) - Criminal Forfeiture