**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ADALBERTO JACOBO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS ZAMBRANO, et al,<br><br>Defendant | Case No.: 1:17-CR-00164 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ADALBERTO JACOBO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Monday, October 1, 2018 be continued to Monday, January 22, 2019.

All parties have agreed to continue the matter to afford all counsel an opportunity to commence good faith settlement negotiations. I have spoken to all co-counsel AUSA Brian Delaney, and they have no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

Stipulation and Order to Continue Status Conference Hearing

1

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: 9/26/18                               ***/s/ David A Torres***
                                                         DAVID A. TORRES
                                                         Attorney for Defendant
                                                         ADALBERTO JACOBO

DATED: 9/26/18                               ***/s/ Roger S. Bonakdar***
                                                         ROGER S. BONAKDAR
                                                        Attorney for Defendant
                                                       ALEX CASTRO-PORTILLO

DATED: 9/26/18                               ***/s/ Steven L. Crawford***
                                                         STEVEN L. CRAWFORD
                                                       Attorney for Defendant
                                                       MANUEL TEODORO AROS

DATED: 9/26/18                               ***/s/Brian K. Delaney***
                                                         BRIAN K. DELANEY
                                                       Assistant U.S. Attorney

**ORDER**

In light of the fact trial in this matter is set for April 2, 2019, the parties' stipulated request to continue the status conference to January 22, 2019, is GRANTED. Pursuant to the parties' agreement, the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. Sections (h)(7)(A) and (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **September 26, 2018**            /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE