# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL TEODORO AROS,<br><br>Defendant. | No. 17-cr-00164-JLT-SKO<br><br>ORDER REFERRING MOTION TO THE FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE<br><br>(Doc. 141) |

Defendant Manuel Teodoro Aros was sentenced in this action on June 3, 2019. (Doc. 114.) On April 18, 2023, Aros filed a *pro se* motion to correct the judgment in this case and requesting a downward departure as to his sentence. (Doc. 140)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, absent further order from the court amending the deadlines, the government shall have 30 days from the date of the FDO's filing to file an opposition to defendant's motion. Any reply shall be filed within 15 days of the filing of any opposition by the government.

/////

The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org), as well as Sara Thomas with the United States Attorney's Office (Sara.Thomas@usdoj.gov) in the CM/ECF's Notice of Electronic Filing in this action.

IT IS SO ORDERED.

Dated:   **April 27, 2023**

*[signature]*
UNITED STATES DISTRICT JUDGE