UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:17-CR-00164-007-JLT |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| MANUEL TEODORO AROS, | ) | |
| Defendant. | ) | |

The Defendant has attested to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Steven L. Crawford is appointed to represent the defendant effective *nunc pro tunc* to May 12, 2023, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated: __**May 15, 2023**__

UNITED STATES DISTRICT JUDGE